UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                         Case No. 08-cr-30-04-PB

**Danielle Rhodes, et al.**

**O R D E R**

Defendant Victor Caceres, through counsel, has moved to continue the trial scheduled for January 6, 2008 in order to finalize plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, to allow the parties additional time to arrange for a hearing on the defendant's request to plead guilty or properly prepare for trial, the court will continue the trial from January 6, 2009 to February 3, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The December 18, 2008 final pretrial conference is cancelled.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 15, 2008

cc:  James Gleason, Esq.
     Richard Monteith, Jr., Esq.
     Lawrence Vogelman, Esq.
     Neil Faigel, Esq.
     Mark Machera, Esq.
     Terry Ollila, Esq.
     United States Probation
     United States Marshal